Jeffrey Sikkema, State Bar No. 164367
CARLTON DiSANTE & FREUDENBERGER LLP
2600 Michelson Drive
Suite 800
Irvine, California 92612
Telephone: (949) 622-1661
Facsimile: (949) 622-1669
E-Mail: jsikkema@cdflitigation.com

Attorneys for Plaintiff
EAS Technologies, LLC

FILED
2010 JUL 26 PM 3:08

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

EAS Technologies, LLC, a Kentucky Limited Liability Company,

Plaintiff,

vs.

Mathew Higbee, individually and doing business as recordgone.com and recordclearing.org; Law Offices of Mathew K. Higbee, a California corporation, individually and doing business as recordgone.com and recordclearing.org; Higbee & Associates, individually and doing business as recordgone.com and recordclearing.org; and Does 1-20, inclusive,

Defendants.

Case No. SACV10-1130 JVS (AJWx)

**COMPLAINT FOR:**

**Copyright Infringement**

Demand for Jury Trial

For its Complaint against the defendants, Plaintiff EAS Technologies, LLC, alleges as follows:

## Parties and Jurisdiction

1. Plaintiff EAS Technologies, LLC ("EAS" or "Plaintiff"), is and at all times relevant was a Kentucky limited liability company organized and existing under the laws of the Commonwealth of Kentucky, having a principal place of business in Lexington, Kentucky.

2. EAS is in the business of designing and developing databases and operating websites that allow individuals to determine for themselves their eligibility for, and potentially to seek, the expungement, clearing, and other relief regarding their criminal records.

3. On information and belief, defendant Mathew Higbee ("Higbee"), is and at all times relevant was an individual licensed to practice law in the State of California, who resides in Orange County and has his principal place of business at 1901 Newport Blvd., Suite 350, Costa Mesa, CA 92627.

4. On information and belief, defendant Law Offices of Mathew K. Higbee is and at all times relevant was a corporation organized and existing under the laws of California, having its principal place of business at 1901 Newport Blvd., Suite 350, Costa Mesa, CA 92627. On information and belief, defendant Law Offices of Mathew K. Higbee is a corporation with offices in several states and through which defendant Higbee practices law.

5. On information and belief, defendants Higbee and/or the Law Offices of Mathew K. Higbee sometimes use the name "Higbee & Associates" in practicing law. The organizational status of defendant "Higbee & Associates" is unknown.

6. Hereinafter, defendant Law Offices of Mathew K. Higbee and defendant Higbee & Associates are referred to jointly and severally as "Higbee law firm."

7. According to the defendant Higbee law firm's website, it is a law firm engaged in the expungement and record clearing of criminal records.

///

///

8. On information and belief, defendant "recordgone.com" is and at all times relevant was a website owned and/or used by defendant Higbee and the defendant Higbee law firm. On information and belief, defendant "recordclearing.org" is and at all times relevant was also a website owned and/or used by defendants.

9. The true names and capacities of defendants Does 1 through 20, inclusive, are presently unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff will seek leave of Court to amend this Complaint to insert their true names and capacities when they are ascertained. Plaintiff alleges on information and belief that each of the defendants named as Does 1 through 20, inclusive, is legally responsible in some manner for the events and happenings referred to herein and that the conduct of each defendant proximately caused, or is otherwise responsible for, plaintiff's damages alleged herein. Each reference in this Complaint to "defendant," "defendants," or a specifically named defendant, refers also to all defendants sued under fictitious names.

10. At all relevant times, each of the defendants was and is the agent, principal, partner, joint venturer, co-conspirator, officer, director, employee, and/or alter-ego of each other in and about the matters and activities alleged herein. At all relevant times, they were acting within the course and scope of such relationships with actual and/or apparent authority to do so.

11. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and § 1338 on the grounds that this case alleges a federal claim for copyright infringement under 17 U.S.C. § 101 et seq. In addition, this Court has diversity subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a) in that there is complete diversity between the plaintiff and the defendants and the matter in controversy exceeds $75,000, exclusive of interest and costs.

///

///

12. This Court has personal jurisdiction over the defendants, and each of them, in that they are citizens of and reside in California and/or their principal place of business is in California.

13. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and 1400(a) as defendants, and each of them, are located and reside within the Central District of California, have their principal place of business here, the acts complained of in this Complaint were committed and/or directed from here, and defendants may be found here.

**Factual Background**

14. Plaintiff EAS is located in Lexington, Kentucky, where it operates several internet business websites, including "clearmyrecord.com," a website which provides self-help services for individuals who have a criminal record seeking expungement, record-clearing, and other forms of relief regarding their criminal records. EAS's previous website for this service was "removeit.org." Plaintiff has offered its services since approximately 2006.

15. Plaintiff's self-help services are offered to individuals in all fifty states and are limited to providing an online legal portal as it relates to criminal records and criminal records relief, such as expungements, pardons, record sealing and other forms of relief. Plaintiff provides an automated software solution to individuals who choose to prepare their own legal documents regarding such criminal record relief as well as services that communicate the clearance or relief of criminal records to various third party databases. Plaintiff charges a flat rate for its services.

16. Plaintiff developed databases and websites to allow people with criminal records to seek relief regarding their records. EAS independently created its websites and databases and they possess the requisite degree of creativity.

///

///

///

17. Upon information and belief, Defendants operate an internet business with a website known as "recordgone.com" and claim to provide legal services through its internet business to its customers through licensed attorneys in Arizona, California, Florida, Minnesota, Nevada, Pennsylvania, Texas, Utah and Washington.

**First Cause of Action**

**(Copyright Infringement Under 17 U.S.C. § 101, et seq.)**

18. EAS realleges and incorporates by reference each and every allegation contained in paragraphs 1 through 17, inclusive, as though set forth in full herein.

19. A copyright notice is and at all relevant times has been clearly and conspicuously displayed on each page of EAS's websites.

20. EAS has a valid copyright in its databases and websites, and EAS is the owner of the copyright associated with its databases and websites.

21. EAS has applied for copyright registration of its databases and websites and has filed an application for such copyright registration with the U.S. Copyright Office.

22. Defendants have had full access to EAS's websites and databases through and by the internet. Subsequently, Defendants developed and operate a website known as recordgone.com. Defendants' website is also available to others as it is on the internet.

23. Defendants' recordgone.com website is substantially similar to EAS's websites and EAS's protected copyrighted material. Upon information and belief, defendants substantially and in effect developed their website by in effect copying and/or using portions of EAS's copyrighted websites and databases. Defendants also use EAS's copyrighted websites and databases in their business.

24. In using EAS's copyrighted material, defendants made no attribution to EAS.

25. EAS is the exclusive owner and has exclusive rights to the copyright. Defendants have no right to use plaintiff EAS's copyrighted material.

26. Defendants' conduct has been and continues to be infringement of EAS's copyright. Defendants' conduct constitutes infringement of EAS's copyright and a violation of 17 U.S.C. § 101 et seq.

27. Defendants are deriving and have derived economic benefit from their infringement of EAS's copyright.

28. As a direct and proximate result of Defendants' conduct, EAS has suffered and will continue to suffer damages.

29. At a minimum, the copyright statute provides statutory damages of $150,000 per infringement. EAS is also entitled to attorneys' fees under 17 U.S.C. § 505.

30. Defendants' conduct has been willful and an intentional infringement of plaintiff's property and copyright interests. Defendants have acted with indifference and reckless disregard for plaintiff's rights. Defendants have acted maliciously, wantonly, and/or oppressively, and plaintiff is entitled to punitive or exemplary damages against defendants.

**Prayer for Relief**

WHEREFORE, Plaintiff prays this Court enter judgment in its favor on all counts granting the following relief:

1. For preliminary and permanent injunctive relief enjoining and restraining defendants and all persons acting in concert with them from reproducing, distributing, adapting, creating derivative works of, displaying, or performing any materials that are substantially similar to the EAS's copyrighted material, and to deliver to the Court for destruction or other reasonable disposition all such materials and means for producing same in defendants' possession or control;

2. For a judgment stating that defendants have infringed, actively induced others to infringe, and/or contributorily infringed EAS's copyright, and which requires defendants to pay over to plaintiff all damages sustained by plaintiff due to such infringement;

3. For statutory damages in the amount of no less than $150,000 per infringement;

4. For actual damages suffered by plaintiff in an amount to be proven at the time of trial;

5. For disgorgement of defendants' profits in an amount to be proven at trial;

6. For punitive and exemplary damages;

7. For prejudgment interest on all damages;

8. For costs and disbursements, including but not limited to, attorneys' fees; and

9. For such other and further relief as the Court deems appropriate.

Dated: July 23, 2010

CARLTON DiSANTE & FREUDENBERGER LLP
Jeffrey L. Sikkema

By: Jeffrey L Sikkema
Jeffrey L. Sikkema
Attorneys for Plaintiff
EAS Technologies, LLC

**Jury Demand**

Plaintiff hereby demands a trial by jury as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: July 23, 2010

CARLTON DiSANTE & FREUDENBERGER LLP
Jeffrey L. Sikkema

By: Jeffrey L Sikkema
Jeffrey L. Sikkema
Attorneys for Plaintiff
EAS Technologies, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

**SACV10- 1130 JVS (AJWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[X] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
EAS Technologies, LLC

**DEFENDANTS**
Mathew Higbee; Law Offices of Mathew K. Higbee; Higbee & Associates, individually and doing business as recordgone.com and recordclearing.org

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Jeffrey L. Sikkema, Esq.
CARLTON DiSANTE & FREUDENBERGER LLP
2600 Michelson Drive, Suite 800
Irvine, CA 92612
(949) 622-1661

Attorneys (If Known)
Mathew K. Higbee, Esq.
Law Offices of Mathew Higbee
2900 S. Bristol Street, Suite J-203
Costa Mesa, CA 92626

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES - For Diversity Cases Only** (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☒ **MONEY DEMANDED IN COMPLAINT: $** 150,000.00 +

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. § 101 et seq. - Copyright Infringement

**VII. NATURE OF SUIT (Place an X in one box only.)**

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Act
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Info. Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Fed. Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury-Med Malpractice
- ☐ 365 Personal Injury-Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus-Alien Detainee
- ☐ 465 Other Immigration Actions

**TORTS PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**BANKRUPTCY**
- ☐ 22 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 American with Disabilities - Employment
- ☐ 446 American with Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus/ Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE / PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety /Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**PROPERTY RIGHTS**
- ☒ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 61 HIA(1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW 405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: SACV10-1130 JVS(AJWx)

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**


American LegalNet, Inc. www.FormsWorkflow.com

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): ____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): ____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Kentucky |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange, other counties | Kentucky, other states |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): Jeffrey L Sikkema **Date** July 23, 2010
Jeffrey L. Sikkema

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |


American LegalNet, Inc.
www.FormsWorkflow.com